

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2021

No. 04-20-00268-CR

Quinton Ramon **WILLIAMSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0283
Honorable Maria Teresa (Tessa) Herr, Judge Presiding

# O R D E R

Sitting:    Luz Elena D. Chapa, Justice
            Irene Rios, Justice
            Beth Watkins, Justice

Appellant's motion for extension of time is granted. We order appellant's retained counsel, Adam Poncio, to file appellant's brief by January 27, 2021.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2021.

_____
Michael A. Cruz,
Clerk of Court